**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00935-CV

_____

**RAJ KAMAR VATS, Appellant**

**V.**

**SMRITA VATS, Appellee**

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2007-22213**

---

## O R D E R

This is an appeal from a judgment signed July 11, 2011. Two related cases were previously filed in the Court of Appeals for the First District of Texas under case numbers 01-11-00329-CV and 01-11-00602-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-11-00935-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 3.5. 14th Tex. App. (Houston) Loc. R. 3.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM